UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

IN RE:
HARRIS, DAVID LEE                         CASE NO. 11-70204
HARRIS, MISTY SPRING

_____Debtor(s)_____

### REPORT OF DEPOSIT OF SMALL DIVIDENDS/UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court in to the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend(s) due and payable to:

| **Creditor's Name and Address** | **Amount of Dividend** |
|---|---|
| Verizon<br>PO Box 3037<br>Bloomington, IL 61702-3037 | $4.26 |
| Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702-3397 | $1.67 |
| TOTAL | $5.93 |

Dated: August 11, 2011

*Carolyn L. Camardo, Trustee*
Carolyn L. Camardo, Trustee
VSB #23814
258 N. Witchduck Road, Suite C
Virginia Beach, VA 23462
(757) 490-2200

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was served via the ECF System, this 11th day of August, 2011 to:

Office of the US Trustee*
Room 625, Federal Building
200 Granby Street
Norfolk, VA  23510
[USTPRegion04.NO.ECF@usdoj.gov]

 

*(signature)*
Carolyn L. Camardo, Trustee

Printed: 08/11/11 09:46 AM

# Claims Distribution Small Checks

Trustee: **CAROLYN L. CAMARDO  (660050)**

Page: 1

Case:  11-70204 - HARRIS, DAVID LEE

| Account No. | Check No. | Issued | Claim No. | Filed | Payee: Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 920036315886667 | 107 | 08/11/11 | | | | U.S. Bankruptcy Court | | | Check Amount: | $5.93 |
| | | | 9 | 06/17/11 | 610 | Verizon | 205.53 | 205.53 | 4.26 | 4.26 |
| | | | 10 | 06/17/11 | 610 | Verizon Wireless | 80.80 | 80.80 | 1.67 | 1.67 |

(*) Denotes objection to Amount Filed